# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LOWELL C. BRUTLAG, )<br>)<br>Counterclaim Defendant. )<br>_____) | Case Number 3:87-cv-161 |

## ORDER OF RENEWAL OF JUDGMENT LIEN

**Notice is hereby given** that the judgment lien created when the United States filed a certified copy of the abstract of judgment that was entered in this case on October 9, 1990, in favor of the United States and against Lowell C. Brutlag in the sum of $1,749,630.51, plus accrued statutory interest (Section 6621) from August 20, 1986, is hereby renewed.

IT IS SO ORDERED.

Dated this  12  day of      May     , 2010.


                                                   s/Paul A. Magnuson
                                                   PAUL A. MAGNUSON
                                                   UNITED STATES DISTRICT JUDGE